**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 337 MAL 2023

           Respondent               :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court
           v.                           :

                                     :

DAMIEN MICHAEL SCHLAGER,         :

           Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.